UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                  CASE NO: 2:14-cr-45-FtM-38CM

EDWIN ALEXANDER ALVAREZ-LOPEZ

### ORDER

This matter comes before the Court on the Unopposed Motion to Advance Sentencing Date (Doc. #36) filed on August 28, 2014.  Defense Counsel moves the Court to advance the sentencing date currently scheduled for October 6, 2014.  As grounds, Counsel indicates the Initial Presentence Investigation Report has been completed and the report suggests the advisory range under the sentencing guidelines is two to eight months imprisonment.  Further, sentencing will be likely be brief.  The Government does not oppose the relief requested.  The Court, having considered the motion, finds good cause and will reschedule the sentencing as outlined below.

Accordingly, it is now **ORDERED:**

The Unopposed Motion to Advance Sentencing Date (Doc. 36) is **GRANTED**.  The Sentencing will be rescheduled to **September 8, 2014 at 11:00 A.M**.  The Clerk is directed to issue a notice of rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this August 29, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record